UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                                                         Bankr. Case No. 20-18862-LAH-7

Kimberly M Hubble and William A. Hubble                                          Chapter 7

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                                                                Bankr. Case No. 20-18862-LAH-7

Kimberly M Hubble and William A. Hubble                                         Chapter 7
       Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 28, 2020 :

    David M Siegel                                                 Zane L. Zielinski
    790 Chaddick Drive                                    6336 North Cicero,
    Wheeling, IL 60090                                   Suite 201
                                                                   Chicago, IL 60646

                                                                  By_ /s/ Mandy Youngblood_____
                                                                         Mandy Youngblood

xxxxx63874 / 1031633