# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                              CASE NO. 20-18862

William A. Hubble;                                  CHAPTER 13
Kimberly M Hubble;
                                                    JUDGE LaShonda A. Hunt
Debtor(s).

## OBJECTION TO CONFIRMATION OF PLAN FILED DECEMBER 29, 2020

MTGLQ Investors, LP, hereinafter referred to as "Creditor", by and through its attorneys, Diaz Anselmo Lindberg, LLC, objects to the confirmation of the Chapter 13 plan for the following reasons:

1. This Court has jurisdiction pursuant to 28 U.S.C.§ 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L).

4. The debtors filed a petition for relief under Chapter 7 on October 18, 2020. This case was converted to a Chapter 13 on December 18, 2020.

5. MTGLQ Investors, LP holds a mortgage secured by a lien on debtors' real estate commonly known as 1861 Royal Lane, Aurora, Illinois 60503.

6. The loan matured on September 1, 2020 and is now fully due and owing.

7. Debtors' Chapter 13 Plan provides for Debtors to make on-going maintenance payments to creditor in the amount of $450.00 per month.

8. As the loan has matured, creditor will be filing a fully secured claim for an estimated $44,691.20.

9.     The Chapter 13 plan does not provide that the Creditor will be paid its total debt of $44,691.20 plus interest over the course of the Bankruptcy. Therefore, the plan does not comply with 11 U.S.C. § 1325(a)(5)(B).

10.     Further, the Chapter 13 plan is not feasible as it will not complete within 5 years. Therefore, the plan does not comply with the requirements of 11 U.S.C. § 1322(d).

    WHEREFORE, Creditor prays for entry of the attached Order Denying Confirmation of the Chapter 13 plan.

    MTGLQ Investors, LP

    /s/ Nisha B. Parikh

Nisha B. Parikh | ARDC #6298613
Crystal V. Caceres | ARDC #6300765
Theodore Konstantinopoulos | Ohio Bar #0065542
Diaz Anselmo Lindberg LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B20120037

This law firm is deemed to be a debtor collector.