**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

IN RE:

WILLIAM A. HUBBLE
KIMBERLY M HUBBLE

DEBTOR(S),

Case No. 20-18862

Chapter 13

Judge LaShonda A. Hunt

## NOTICE OF WITHDRAWAL OF THE OBJECTION TO CONFIRMATION OF PLAN FILED ON 02/10/2021 AND ENTERED IN AS DOCKET ENTRY #39.

**TO:** Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532 by electronic notice through ECF
William A. Hubble and Kimberly M Hubble, Debtor(s), 1861 Royal Lane, Aurora, 60503
David M Siegel, Attorney for Debtor(s) - 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF

Notice is hereby given that Creditor, WILMINGTON TRUST COMPANY AS SUCCESSOR TRUSTEE TO THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-5, ("Creditor"), hereby withdraws its Objection to Confirmation of Plan filed on 02/10/2021, and entered in as Docket entry #39.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I served a copy of this Notice of Withdrawal upon the parties listed above, as to the Trustee via electronic notice on March 10, 2021 and as to the debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 P.M. on the March 10, 2021.

/s/ Terri M. Long
**Attorney for Creditor**

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**FILE #(NO. 14-21-00002)**
NOTE: This law firm is a debt collector.