Form G-4

Case 20-18862   Doc 51-3   Filed 04/26/21   Entered 04/26/21 16:35:41   Desc
Statement Accompanying Relief From Stay   Page 1 of 1

**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) William A. Hubble  Kimberly M Hubble   Case No. 20-18862   Chapter 13

All Cases: Moving Creditor WILMINGTON TRUST COMPANY AS SUCCESSOR TRUSTEE TO THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-5   Date Case Filed 10/18/20

Nature of Relief Sought: ■ Lift Stay   ☐ Annul Stay   ■ Other (describe) Dismissal

Chapter 13: Date of Confirmation Hearing 05/07/2021   or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of 04/09/2021   $185,157.33
   Total of all other Liens against Collateral   $45,002.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $280,666.00, per Debtors Schedules

5. Default
   a. ■ Pre-Petition Default as of petition date
      Number of months  3   Amount  $8,232.70

   b. ■ Post-Petition Default
      i. ■ On direct payments to the moving creditor
         Number of months  3   Amount  $6,658.60

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____   Amount _____

6. Other Allegations
   a. ■ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid   Amount  $_____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ■ No Statement of Intention Filed

Date: April 26, 2021                                    /s/ Terri M. Long
(Rev. 12/21/09)                                         Counsel for Movant