# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 20-18862 |
| | ) | |
| **William and Kimberly Hubble,** | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge LaShonda A. Hunt |

## NOTICE OF MOTION

TO:  See attached Service List

    PLEASE TAKE NOTICE that on July 30, 2021, at 10:15 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable LaShonda A. Hunt, or any other judge sitting in that judge's place, and present the Debtor's **Motion to Enter Agreed Order**, a copy of which is attached.

    **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

    **To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

    **Meeting ID and passcode**. The meeting ID for this hearing is 161 165 5696 and the passcode is 7490911. Additional information can be found on Judge Hunt's webpage on the court's website: https://www.ilnb.uscourts.gov/content/judge-lashonda-hunt.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                    William and Kimberly Hubble, Debtor(s)

                    By:     /s/  John J. Ellmann

                    John J. Ellmann, Attorney for the Debtor(s)
                    DAVID M. SIEGEL & ASSOCIATES, LLC
                    790 Chaddick Drive, Wheeling, IL  60090
                    847/ 520-8100
                    davidsiegelbk@gmail.com

# CERTIFICATE OF SERVICE

I, John Ellmann, Attorney for the Debtor(s), certify that I served a copy of this notice and the attached motion on each entity shown on the Service List at the address shown and by the method indicated on the list on July16, 2021, at or before 5:00 pm.

/s/ John J. Ellmann

# SERVICE LIST

*To the following persons or entities who were served electronically by the Bankruptcy Court:*

Glenn Stearns, Ch. 13 Trustee: mcguckin_m@lisle13.com

*To the following persons or entities who were served via regular U.S. Mail:*

William and Kimberly Hubble
1861 Royal Lane
Aurora, IL 60503

OneMain Financial
Centralized Bankruptcy
601 N.W. Second Street
P.O. Box 3251
Evansville, IN 47731-3251

Onemain Financial
PO BOX 3251
EVANSVILLE, IN 47731-3251

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 20-18862 |
| | ) | |
| **William and Kimberly Hubble,** | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge LaShonda A. Hunt |

## MOTION TO MODIFY PLAN

NOW COME the Debtors, by and through their attorneys, David M. Siegel & Associates, LLC, and in support of this Motion state as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On October 18, 2020, the Debtors filed a voluntary petition for relief pursuant to Chapter 7 under Title 11 USC, the case was converted to Chapter 13 on December 18, 2020, Glenn Stearns was appointed Trustee, and the Chapter 13 plan was confirmed on June 11, 2021.

3. The Debtors fell behind in their direct payments to OneMain Financial for debt secured by a 2016 Chevrolet Traverse due to their misunderstanding and miscommunication with OneMain Financial.

4. The Debtors are ready to catch up on the payments to OneMain Financial and have come to an agreement with OneMain on a payment schedule for that purpose.

WHEREFORE the Debtor prays this Honorable Court enter the Agreed Repayment Order and for other such relief as this Court deems just and proper.

Respectfully Submitted,

\_\_\_/s/ John J. Ellmann_____

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorneys for the Debtor(s)         John J. Ellmann A.R.D.C. #6257894
790 Chaddick Drive                  Attorney for the Debtors
Wheeling, IL  60090
847/ 520-810