UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re: ) 20-18862
)
William and Kimberly Hubble, ) Chapter 13
)
        Debtor(s). ) Judge LaShonda A. Hunt

## AGREED REPAYMENT ORDER

THIS CAUSE COMING TO BE HEARD on the motion of Debtors to Enter Agreed Order, the Court having jurisdiction and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS ORDERED:

1. The motion is GRANTED.

2. The Debtors acknowledge a post-petition default to OneMain Financial of $4,544.00 through July 13, 2021.

3. The Debtors shall pay to OneMain Financial twenty-one (21) monthly payments of $900.00 commencing with a payment in July 2021. That amount is the regular monthly payment of $679.81 plus a repayment installment of $220.19. These payments are calculated to cure the post-petition default.

4. After completion of the $900.00 payments in paragraph 3 the Debtors shall continue paying to OneMain Financial the monthly contractual payments of $679.81.

_____  
John J. Ellmann  
Attorney for the Debtors

_____  
AMY RIDEOUT  
For OneMain Financial

DATE:

DAVID M. SIEGEL & ASSOCIATES, LLC  
Attorneys for the Debtor(s)  
790 Chaddick Drive  
Wheeling, IL 60090  
847/ 520-8100

ENTERED: _____  
              Judge LaShonda A. Hunt