## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | 20-18862 |
| | ) | |
| William and Kimberly Hubble, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge LaShonda A. Hunt |

### AGREED REPAYMENT ORDER

THIS CAUSE COMING TO BE HEARD on the motion of Debtors to Enter Agreed Order, the Court having jurisdiction and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS ORDERED:

1. The motion is GRANTED.

2. The Debtors acknowledge a post-petition default to OneMain Financial of $4,544.00 through July 13, 2021.

3. The Debtors shall pay to OneMain Financial twenty-one (21) monthly payments of $900.00 commencing with a payment in July 2021. That amount is the regular monthly payment of $679.81 plus a repayment installment of $220.19. These payments are calculated to cure the post-petition default.

4. After completion of the $900.00 payments in paragraph 3 the Debtors shall continue paying to OneMain Financial the monthly contractual payments of $679.81.

_____
John J. Ellmann
Attorney for the Debtors

_____
AMY RIDEOUT
For OneMain Financial

DATE: July 30, 2021

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorneys for the Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100

ENTERED: _LaShonda A. Hunt_
Judge LaShonda A. Hunt